IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER:
Motion granted. The Initial Case Mgt Conference is continued to November 25, 2013, at 10:30 a.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

| | | |
|---|---|---|
| **KRISTEN KERN, ET. AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | No: 3:13:0791 |
| | ) | |
| v. | ) | Judge Sharp |
| | ) | |
| **CACH, LLC, ET. AL.** | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

NOW COMES Kristen Kern, et. al., (hereinafter "Plaintiff's"), by and through undersigned counsel, and moves this honorable Court to continue or cancel the Initial Case Management Conference scheduled on October 25, 2013 at 10:30 p.m. In support of this motion, Plaintiff's represent as follows:

1. The parties have come to a confidential settlement agreement and this matter shall be dismissed with prejudice once the same is finalized.

2. This motion is not made for the purpose of any unnecessary delay rather, only that the Court's time not be wasted.

WHEREFORE, for the reasons set forth above, Plaintiff's respectfully request that this motion be granted and that the Initial Case Management Conference be re-scheduled or canceled accordingly.