IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **KRISTEN KERN, et al.** | ) |
| | ) |
| v. | ) Civil Action No. 3:13-0791 |
| | ) Judge Sharp/Knowles |
| **CACH, LLC, et al.** | ) |

### O R D E R

The Court has been advised that the parties have settled this case. On or before December 10, 2013, the parties shall submit an agreed order of dismissal or other appropriately captioned document.

The Clerk is directed to forward this file to the Honorable Kevin H. Sharp, District Judge, for his consideration of the agreed order of dismissal or other appropriately captioned document to be submitted on or before December 10, 2013. Any request for an extension of this deadline should be directed to Judge Sharp.

The Initial Case Management Conference set for November 25, 2013, at 10:00 a.m. is hereby CANCELLED. Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge